# United States District Court

| SOUTHERN | DISTRICT OF | TEXAS |
|---|---|---|

McALLEN DIVISION

UNITED STATES OF AMERICA
V.

Sergio Del Angel-Hernandez    PRINCIPAL
        YOB:    1988
The United Mexican States

United States District Court
Southern District of Texas
FILED

AUG 1 9 2016

Clerk of Court

**CRIMINAL COMPLAINT**

Case Number:

M-16- 1540 -M

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __August 17, 2016__ in __Hidalgo__ County, in the __Southern__ District of __Texas__ defendants(s) did,
*(Track Statutory Language of Offense)*

knowing or in reckless disregard of the fact that Jose Elias Barrientos-Ayala and Irma Gloria Quiroz-Alvarado, citizens and nationals of El Salvador, along with four (4) other undocumented aliens, for a total of six (6), who had entered the United States in violation of law, did knowingly transport, or move or attempts to transport said aliens in furtherance of such violation of law within the United States, that is, from a location near Pharr, Texas to the point of arrest near Pharr, Texas,

in violation of Title __8__ United States Code, Section(s) __1324(a)(1)(A)(ii)__   FELONY
I further state that I am a(n) __U.S. Senior Border Patrol Agent__ and that this complaint is based on the following facts:

On August 17, 2016, at approximately 10:00 AM, the Weslaco Border Patrol Station received a call from the Pharr Police Department requesting assistance at a traffic stop near the intersection of Jackson Road and Hi-Line Road in Pharr, Texas. Border Patrol Agent responded to the traffic stop and spoke with Pharr Police Officer B. Gutierrez. Officer Gutierrez informed Border Patrol Agent that he had witnessed several subjects run across Military Highway 281 and enter a white SUV that was parked at the Stripes gas station parking lot. Shortly after the white SUV departed the gas station parking lot, Officer Gutierrez conducted a vehicle stop on the white SUV. Officer Gutierrez removed the driver, Sergio DEL ANGEL-Hernandez, from the vehicle and placed him in custody.

**SEE ATTACHED**

Continued on the attached sheet and made a part of this complaint:   [X] Yes  [ ] No

Signature of Complainant

Approved Joseph Leonard
Sworn to before me and subscribed in my presence,

Jerrico Leason    Senior Patrol Agent
Printed Name of Complainant

August 19, 2016
Date

at   McAllen, Texas
     City and State

Dorina Ramos    , U. S. Magistrate Judge
Name and Title of Judicial Officer

Donna Ramos
Signature of Judicial Officer

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### McALLEN, TEXAS

### ATTACHMENT TO CRIMINAL COMPLAINT:

M-16-1540 -M

**RE:** Sergio Del Angel-Hernandez

**CONTINUATION:**

Upon learning the facts, Border Patrol Agent questioned the remaining occupants of the white SUV as to their citizenship. All the vehicles occupants admitted to being illegally present in the United States. The front seat passenger, Tania Evangelina VILLAGOMEZ-Castillo, claimed to be the wife of DEL ANGEL. Border Patrol Agent proceeded to question the driver of the white SUV, DEL ANGEL, as to his citizenship to which he admitted to being illegally present in the United States.

Due to VILLAGOMEZ'S three year old son being in the front seat of the white SUV with her, Officer Gutierrez took custody of DEL ANGEL and VILLAGOMEZ pending charges of Child Endangerment. The remaining seven (7) subjects were placed under arrest and transported to the Weslaco Border Patrol Station for processing.

The Pharr Police Department dropped the charges and released DEL ANGEL and VILLAGOMEZ to Weslaco Border Patrol Agents.

Principal Statement:

Sergio DEL ANGEL-Hernandez, a citizen and national of the United Mexican States, was read his Miranda Rights, stated he understood his rights and agreed to answer any questions without the presence of an attorney.

DEL ANGEL stated he entered the United States illegally approximately eight months ago near Hidalgo, Texas. DEL ANGEL stated he received a phone call from someone in Reynosa, Tamaulipas, Mexico telling him to pick up illegal aliens. DEL ANGEL stated he was driving a white Lincoln Navigator and claimed he was going to be paid 100.00 USD to pick up the illegal aliens.

Material Witness Statements:

Jose Elias BARRIENTOS-Ayala and Irma Gloria QUIROZ-Alvarado were advised of their Miranda Rights, stated they understood their rights and agreed to provide a sworn statement without the presence of an attorney.

Material Witness 1:

Jose Elias BARRIENTOS-Ayala, a citizen and national of El Salvador, stated he made his smuggling arrangements in El Salvador and he was to pay 4,400.00 USD to be smuggled to Houston, Texas. BARRIENTOS stated he crossed the river on a raft with five people and two guides. BARRIENTOS claimed the group followed the guides for five hours before entering a white four door vehicle. BARRIENTOS stated they were in the vehicle for a short time before being pulled over by the police.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### McALLEN, TEXAS

**ATTACHMENT TO CRIMINAL COMPLAINT:**

M-16-1540-M

**RE:** Sergio Del Angel-Hernandez

**CONTINUATION:**

BARRIENTOS positively identified Sergio DEL ANGEL-Hernandez through a photo lineup as the driver of the vehicle he was in.

Material Witness 2:

Irma Gloria QUIROZ-Alvarado, a citizen and national of El Salvador, stated her mom made her smuggling arrangements in El Salvador and payed 7,000.00 USD to be smuggled into the United States. QUIROZ claimed she walked to a brushy area with seven people before they were picked up by a white SUV. QUIROZ stated the white SUV was pulled over by police.

QUIROZ positively identified Sergio DEL ANGEL-Hernandez through a photo lineup as the driver of the vehicle she was in.